UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLA BOUVIER,

                          Plaintiff,

            -against-

CAROLINE LEE BOUVIER KENNEDY
SCHLOSSBERG; HYPERION BOOKS,

                          Defendants.

24cv1374 (LTS)

CIVIL JUDGMENT

For the reasons stated in the July 8, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:    July 10, 2024
          New York, New York

                                                    /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                          Chief United States District Judge