UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLA BOUVIER,<br><br>                              Plaintiff,<br><br>-against-<br><br>CAROLINE LEE BOUVIER KENNEDY SCHLOSSBERG; HYPERION BOOKS,<br><br>                              Defendants. | 24-CV-1374 (LTS)<br><br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

The Court dismissed this case under 28 U.S.C. § 1915(e)(2)(B)(i) on July 8, 2024. The Clerk of Court entered judgment on July 10, 2024, and terminated the case on the same day. On July 29, 2024, Plaintiff filed a Notice of Appeal of the dismissal orders On December 11, 2024, Plaintiff filed a notice of appeal, which the Court transmitted to the United States Court of Appeals for the Second Circuit. On December 2, 2024, the Second Circuit dismissed the appeal. On December 11, 2024, Plaintiff filed a motion for reconsideration. The motion is captioned for the Court of Appeals and requests reconsideration of the Second Circuit's December 2, 2024 dismissal order.

This Court lacks jurisdiction to consider any request to review another court's decision. The Court therefore denies Plaintiff's motion for lack of jurisdiction.

## CONCLUSION

Plaintiff's motion at ECF 13 is denied. This case remains closed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

2

SO ORDERED.

Dated:   June 17, 2025
        New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge

2